UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | 26 U.S.C. § 5845(a) |
| v. | ) | 26 U.S.C. § 5845(f) |
| | ) | 26 U.S.C. § 5861(d) |
| SCOTT TROY CASTLEMAN, | ) | 26 U.S.C. § 5871 |
| | ) | 26 U.S.C. § 5872 |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Possession of Unregistered Destructive Devices)

On or about March 3, 2016, in the State and District of Minnesota, the defendant,

**SCOTT TROY CASTLEMAN,**

knowingly possessed a firearm, as defined by Title 26, United States Code, Section 5845(a)(8), that is, thirty-three (33) military explosive grenades, which qualify as destructive devices as defined in 26 U.S.C. § 5845(f), not registered to him in the National Firearms Registration and Transfer Record as required by law, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FORFEITURE ALLEGATIONS

Count 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

SCANNED
MAR 09 2018
U.S. DISTRICT COURT MPLS

United States v. Scott Troy Castleman

As a result of the offense charged in Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, any firearms involved in, connected with, or used in any violation of the National Firearms Act, including but not limited to these thirty-three military explosive grenades recovered on March 3, 2016, at the defendant's residence in the State and District of Minnesota.

All in violation of Title 26, United States Code, Section 5845(a)(8), 5845(f), 5861(d), 5871 and 5872, and Title 28, United States Code, Section 2461(c).


Dated:  March 9, 2018

> GREGORY G. BROOKER
> United States Attorney
>
> BY: Charles J. Kovats, Jr.
> Assistant United States Attorney
> Attorney ID No. 184185CA