# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# INITIAL/ARRAIGNMENT/PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 18cr54 ADM |
| Scott Troy Castleman, Defendant. | Date: March 27, 2018 |
| | Court Reporter: Tim Willette |
| | Courthouse: Minneapolis |
| | Courtroom: 13W |
| | Time Commenced: 10:03 a.m. |
| | Time Concluded: 10:30 a.m. |
| | Time in Court: 27 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff: Charles Kovats, Jr., Assistant U.S. Attorney
    For Defendant: John Marti & Michael Rowe ☒ Retained

PROCEEDINGS:
    ☒ **Arraignment** on ☒ Information
    ☒ **Change of Plea Hearing.**
    ☒ **Initial Appearance.**
    ☒ Indictment waived.
    ☒ PLEA:
        ☒ Defendant admits allegations in the Information.
    ☒ Presentence Investigation and Report requested.
    ☒ Defendant released on bond.
    ☒ Sentencing is scheduled for Tues. 7/24 at 2:00 p.m.

                              s/Jackie Ellingson
                                Courtroom Deputy